

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

August 12, 2022

**VIA ECF FILING**
Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722-4451

           Re:    *Ryan v. Daniels, et. al.*
                   Docket No. 21-cv-4653 (JMA) (ARL)
                   File No. 210120

Dear Magistrate Judge Lindsay:

      We represent the defendants in this wage and hour action asserting claims under the FLSA and New York Labor Law.

      We write on behalf of all parties to request an extension of time from August 12, 2022 to September 16, 2022 to complete mediation. The parties have continued negotiations with Patrick McKenna from the EDNY mediation panel. The mediator has been attempting to involve the attorney in a related workers' compensation proceeding brought by plaintiff against the defendants. Due to that attorney's availability and the mediator's availability, we are looking at early September to continue the mediation. We respectfully request this extension so that we may have sufficient time to complete the mediation and any follow-up.

      Thank you for the consideration of this matter.

                                                         Respectfully submitted,

                                                         **SOKOLOFF STERN LLP**

                                                         Adam I. Kleinberg

cc:    All counsel of record (via ECF)